HEIDRITTER LUMBER CORP., Respondent, v. JOSEPH HALPERN et al., Appellants, et al., Defendants.— In an action to foreclose a mechanic's lien, based on the sale and delivery of lumber, judgment was entered in favor of respondent, after trial by the court without a jury. Judgment, insofar as appeal is taken, unanimously affirmed, with costs. No opinion. Present—Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

In the Matter of JACOB BROMBERG, Respondent, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Appellant.— Appeal by the State Rent Administrator from an order which vacated an order of said Administrator denying a certificate of eviction and directed the issuance of such a certificate. Order reversed on the law, with $10 costs and disbursements, and petition dismissed, without costs. Concededly, the landlord had available for his use several apartments, in properties of which he is part owner, a short distance from his office, none of which he would take even though they were heated and had better facilities than the tenant's in this proceeding. In *Matter of Rosenbluth* v. *Finkelstein* (300 N. Y. 402), the premises were such that the landlord was not obliged to establish immediate and compelling necessity. Here there was such obligation. (*Matter of Wisotsky* v. *McGoldrick*, 279 App. Div. 1011, affd. 304 N. Y. 619.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See 282 App. Div. 714.]